Frank C. Gilmore, Esq. (SBN 10052)
fgilmore@rbsllaw.com
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151

David B. Shemano, Esq. (admitted *pro hac vice*)
DShemano@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130

Attorneys for Paul A. Morabito and Consolidated Nevada Corporation

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CONSOLIDATED NEVADA CORPORATION,<br><br>Debtor. | Case No. BK-N-13-51236<br><br>Chapter 7<br><br>**NOTICE OF APPEAL FILED BY PAUL A. MORABITO AND CONSOLIDATED NEVADA CORPORATION FROM ORDER DENYING MOTION FOR AUTHORITY TO FILE AND PROSECUTE CLAIMS ON BEHALF OF BANKRUPTCY ESTATE OR, IN THE ALTERNATIVE, TO COMPEL ABANDONMENT OF CLAIMS** |

**NOTICE IS HEREBY GIVEN** that Paul A. Morabito (the "Debtor" or "Morabito") and Consolidated Nevada Corporation ("CNC," and together with the Debtor, the "Debtors"), hereby appeal under 28 U.S.C. § 158(a) from the "Order Denying Motion For Authority To File And Prosecute Claims On Behalf Of Bankruptcy Estate Or, In The Alternative, To Compel Abandonment Of Claims," entered by the Bankruptcy Court in the above-captioned chapter 7 case on June 23, 2017. A true and correct copy of the Order is attached as Exhibit A.

The names of the parties to the Order, along with the contact information for their

61342932.1

respective attorneys, are as follows:

| **PARTY** | **ATTORNEY OF RECORD** |
|---|---|
| Paul A. Morabito and Consolidated Nevada Corporation | Frank C. Gilmore, Esq.<br>fgilmore@rbsllaw.com<br>ROBISON, BELAUSTEGUI, SHARP & LOW<br>71 Washington Street<br>Reno, Nevada 89503<br>Telephone: (775) 329-3151<br><br>David B. Shemano, Esq.<br>DShemano@RobinsKaplan.com<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067<br>Telephone: (310) 552-0130 |
| JH Inc., Jerry Herbst, and Berry-Hinckley Industries | Gerald M. Gordon, Esq.<br>ggordon@gtg.legal<br>GARMAN TURNER GORDON LLP<br>650 White Drive. Ste. 100<br>Las Vegas, Nevada 89119<br>Telephone: (725)-777-3000 |
| William A. Leonard, Jr., Chapter 7 Trustee | John F. Murtha, Esq.<br>jmurtha@woodburnandwedge.com<br>WOODBURN AND WEDGE<br>Sierra Plaza<br>6100 Neil Road, Ste. 500<br>Post Office Box 2311<br>Reno, Nevada 89505<br>Telephone: (775) 688-3000 |

| | |
|---|---|
| DATED: July 7, 2017 | ROBISON, BELAUSTEGUI, SHARP & LOW<br>71 Washington Street<br>Reno, Nevada 89503<br>Telephone: (775) 329-3151<br><br>and<br><br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067<br>Telephone:  (310) 55200130<br><br>By:   /s/ Frank C. Gilmore<br>      Frank C. Gilmore, Esq. (SBN 10052)<br>      David B. Shemano, Esq. (admitted *pro hac vice*)<br><br>Attorneys for Paul A. Morabito and Consolidated Nevada Corporation |

# EXHIBIT A

_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

GARMAN TURNER GORDON LLP
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail:  ggordon@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone 725-777-3000
Facsimile 725-777-3112
*Attorneys for the Herbst Parties*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CONSOLIDATED NEVADA CORPORATION,<br><br>Debtor. | Case No.: BK-S-13-51236-GWZ<br>Chapter:   7<br><br><u>Hearing</u>:<br>Date:  February 8, 2017<br>Time:  2:00 p.m. |

**ORDER DENYING MOTION FOR AUTHORITY TO FILE AND PROSECUTE CLAIMS ON BEHALF OF BANKRUPTCY ESTATE OR, IN THE ALTERNATIVE, TO COMPEL ABANDONMENT OF CLAIMS**

The *Motion for Authority to File and Prosecute Claims on Behalf of Bankruptcy Estate or, in the Alternative, to Compel Abandonment of Claims* [ECF No. 131] (the "<u>Motion</u>"), filed by Consolidated Nevada Corporation ("<u>CNC</u>"), came on for hearing before the above-captioned Court on February 8, 2017, at 2:00 p.m. (the "<u>Hearing</u>").  All appearances of counsel were noted on the record at the Hearing.

Based upon the *Findings of Fact and Conclusions of Law in Support of Order Denying Motion for Authority to File and Prosecute Claims on Behalf of Bankruptcy Estate or, in the Alternative, to Compel Abandonment of Claims*, entered concurrently herewith, which is

4842-8619-9107, v. 2

1  incorporated into this Order by reference, and good cause appearing therefor:

2      **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Motion is denied.

3

4      **IT IS SO ORDERED.**

4842-8619-9107, v. 2